In the Matter of CATHLEEN A. KELLY, Respondent, v DEAN R. GREGOIRE, Appellant. (Appeal No. 2.) [718 NYS2d 251] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Gregoire v Gregoire* (278 AD2d 925 [decided

herewith]). (Appeal from Order of Erie County Family Court, Battle, J.—Contempt.) Present—Green, J. P., Pine, Hayes and Scudder, JJ.